UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:07-CR-125 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| JAMES MANEY ) | |

**O R D E R**

Defendant James Maney requested a psychiatric/psychological evaluation on November 30, 2007 (Court File No. 12). The request was referred to United States Magistrate Judge Susan K. Lee to conduct an evidentiary hearing and make a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

Defendant filed a notice Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d) on May 23, 2008 (Court File No. 19). On the basis of the waiver and the evaluation, Magistrate Judge Lee filed a report and recommendation ("R&R") recommending the Court find Defendant competent to stand trial (Court File No. 20). Defendant filed no objections to the magistrate judge's R&R.

Therefore, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 20) pursuant to 28 U.S.C. § 636(b)(1)(C), and hereby **ORDERS** the following:

(1)  Defendant is competent to understand the nature and consequences of the proceedings against him and able to assist in his defense

(2)  Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**